UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00249

**Edward Charles Tucker,**
*Plaintiff,*
v.
**Jeffrey M. Holt et al.,**
*Defendants.*

# ORDER

Plaintiff Edward Charles Tucker, an inmate of the Texas Department of Criminal Justice proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 3.

On August 24, 2021, the magistrate judge submitted a report recommending that the plaintiff's claim against one of the defendants, Lori Glover, be dismissed for failure to state a claim upon which relief can be granted. Doc. 10. The report observed that the plaintiff's claims against two remaining defendants are proceeding as instructed by separate order. *Id.* at 3. A copy of the report was mailed to the plaintiff, who received it on August 31, 2021. Doc. 12. No objections were filed by any party.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendant Glover is dismissed from this suit with prejudice pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(b).

*So ordered by the court on October 26, 2021.*

_____
J. CAMPBELL BARKER
United States District Judge