UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00249

**Edward Charles Tucker,**
*Plaintiff,*

v.

**Jeffrey M. Holt et al.,**
*Defendants.*

**ORDER**

Plaintiff Edward Charles Tucker, proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 3.

On June 23, the magistrate judge entered a report recommending that defendant Spangler's motion for summary judgment limited to the issue of exhaustion of administrative remedies be granted. Doc. 46. On July 11, 2022, the magistrate judge entered a report recommending that the motion by both defendants for summary judgment on the merits of plaintiff's claims be granted. Doc. 47. No objections were filed to either report.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's reports, and being satisfied that they contain no clear error, the court accepts the reports' findings and recommendations. The defendants' motion for summary judgment on the merits of plaintiff's claims (Doc. 42) is granted, and this case is dismissed with prejudice. Defendant Spangler's motion for summary judgment limited to the issue of exhaustion (Doc. 33) is denied as moot.

- 2 -

*So ordered by the court on August 29, 2022.*

J. CAMPBELL BARKER
United States District Judge